Christopher W. Hellmich, Esq., Bar No. 224169
HELLMICH LAW GROUP, PC
40101 Monterey Ave B1, #419
Rancho Mirage, CA 92270-3263
Telephone: (949) 287-5708
chellmich@hellmichlaw.com

Attorney for Defendants
Olson Ecologic Engine Testing Laboratories,
LLC, William Rucker, and Mike Carter

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Advanced Clean Air Technologies, a Michigan limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> Olson Ecologic Engine Testing Laboratories, LLC, William Rucker, and Mike Carter, <br><br> Defendants. | Case No.  2:25-cv-10667-AH-AJRx <br><br> Honorable Anne Hwang <br><br> **ORDER GRANTING DISMISSAL OF ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)  [24]  [JS-6]** |

///

///

///

1

**AND NOW**, On this 26th day of November 26, 2025, upon consideration of the Stipulation between and among Plaintiff, Advanced Clean Air Technologies, LLC and Defendants Olson Ecologic Engine Testing Laboratories, LLC, William Rucker, and Mike Carter to dismiss the action in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)**,** it is **HEREBY ORDERED,** that the Stipulation is **GRANTED.**

It is **FURTHER ORDERED** that this action is dismissed without prejudice.

**BY THE COURT:**

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

2